AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FERNANDEZ, FERDINAND F | NINTH CIRCUIT COURT OF APPEALS | 4/15/11 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE- SENIOR | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 1/1/10 to 12/31/10 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 125 SO. GRAND AVE PASADENA, CA 91105 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2011 MAY 11 A 9: 43 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

# Fernandez , Ferdinand F.

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F. | 7/15/11 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F. | 4/15/11 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. West Publishing Co | Books | $115450 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FFENANDEZ, FEDINAND F | 4/15/11 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Accts. at Wells Fargo Bank | A | INT | L | T | | | | | |
| 2. Accts at J P Morgan Chase | B | INT | L | T | | | | | |
| 3. Accts at Bank of America | C | INT | L | T | | | | | |
| 4. Accts at Union Bank | A | INT | L | T | | | | | |
| 5. Accts at Community Bank | B | INT | L | T | | | | | |
| 6. Accts at California Bank & Trust | A | INT | L | T | | | | | |
| 7. Accts. at Pacific Western Bank | B | INT | L | T | | | | | |
| 8. Accts at U.S. Bank | B | INT | M | T | | | | | |
| 9. Accts at Community Commerce Bank | B | INT | M | T | | | | | |
| 10. Accts at Bank of the West | B | INT | L | T | | | | | |
| 11. Accts at City National Business Bank | A | INT | M | T | | | | | |
| 12. Accts. at Security Bank of Calif | None | | K | T | | | | | |
| 13. Comerica Bank Acct. | A | Int. | | | Close | 1/29 | L | | |
| 14. Acct. at Access Bank | A | Int. | | | Close | 2/9 | L | | |
| 15. Acct at GE Money Bank | None | | | | Open | 2/4 | L | | |
| 16. Acct. at Mazrhi Tefahot Bank | None | | | | Open | 2/18 | L | | |
| 17. Am Fund Small Cap World C/A | A | Div. | J | T | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 4/15/11 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18 Am Fund Cap Income Builder. C/A | B | DIV | L | T | Distrib from IRA | 2/9 | J | | |
| 19 Am Fund New Economy C/A | A | DIV | U | T | | | | | |
| 20 Income Fund of America C/A | A | DIV | K | T | | | | | |
| 21 Am. Cap. Fund C/A | A | DIV | J | T | | | | | |
| 22 Am. Fund Balanced Fund C/A | A | DIV | U | T | | | | | |
| 23 Am Fund Capital World Growth Fund C/A | A | DIV | K | T | | | | | |
| 24 Am Fund Euro Pacific Growth Fund C/A | A | DIV | K | T | | | | | |
| 25 Am Fund Growth Fund C/A | A | DIV. | K | T | Distrib from IRA | 2/9 | J | | |
| 26 Am Fund, Inv. Co. of America. C/A | A | DIV | U | T | | | | | |
| 27 Am Fund New World Growth Fund C/A | A | DIV. | K | T | | | | | |
| 28 Wash. Mut. Inv. Fund C/A | A | DIV | K | T | | | | | |
| 29 Van Kampen Enterprise Fund C/A | A | DIV. | J | T | Distrib from IRA | 2/9 | J | | |
| 30 Van Kampen Cap. Growth Fund C/A | A | DIV | K | T | | | | | |
| 31 Van Kampen Real Estate Sec Fund C/A | A | DIV | K | T | | | | | |
| 32 Van Kampen Comstock Fund. C/A | A | DIV | J | T | | | | | |
| 33 Select Notes Trust Sec. LT #5 | A | Int. | J | T | Distrib from IRA | 2/9 | J | | |
| 34 GNMA Pool Cert. | A | Int | J | T | Distrib from IRA | 2/9 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ FERDINAND F | 4/15/11 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35 IRA (Items 36-40) | | | None | | Distrib | 2/9 | See Items 36-40 | | |
| 36 Select Notes Trust Sec. LT#5 | A | Int | None | | Distrib | 2/9 | J | | |
| 37 GMAC PFI Cert. | A | Int | None | | Distrib | 2/9 | J | | |
| 38 Am Fund Cap Income Bdlder Cl. A | A | Div | None | | Distrib | 2/9 | J | | |
| 39 Am Fund Growth Fund of Am Cl A | A | Div | None | | Distrib | 2/9 | J | | |
| 40 Van Kampen Enterprise Fund Cl A | A | Div | None | | Distrib | 2/9 | J | | |
| 41 U.S. T. Bills | A | Int | K | T | | | | | |
| 42 U.S. T. Bills | A | Int | L | T | | | | | |
| 43 U.S. T. Bills | A | Int | K | T | | | | | |
| 44 U.S. T. Bills | A | Int | K | T | | | | | |
| 45 U.S. T. Bills | A | Int | K | T | | | | | |
| 46 U.S. T. Bills | A | Int | K | T | | | | | |
| 47 U.S. T. Bills | A | Int | K | T | | | | | |
| 48 U.S. T. Bills | A | Int | K | T | | | | | |
| 49 U.S. T. Bills | A | Int | N | T | | | | | |
| 50 U.S. T. Bills | A | Int | L | T | | | | | |
| 51 U.S. T. Bills | A | Int | L | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 4/15/11 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52 Trust #1; Income Beneficiary (I trusts 53-82) | | | | | | | | | |
| 53 @ Wells Fargo Trustee | | | | | | | | | |
| 54 (i) Wells Fargo Common Trust Fund & Cash | B | Div/Int | L | T | | | | | |
| 55 (ii) Vanguard REIT Viper | A | Div | J | T | Sell | 7/27 10/13 | J J | A A | |
| 56 (iii) Templeton Global Bond Fund #616 | A | Div | None | | Sell | 7/23 10/08 | J J | A A | |
| 57 (iv) Epich US Equity Fund | A | Div | None | | See VIII | | | | |
| 58 (v) Hussman Strategic Growth Fund | A | Div | J | T | | | | | |
| 59 (vi) Powershares DB Commodity Index | A | Div | None | | Sell | 10/13 | J | B | |
| 60 (vii) I shares MSCI EAFE | A | Div | K | T | | | | | |
| 61 (viii) I Shares Corporate Bond Fund | A | Div | J | T | | | | | |
| 62 (ix) I shares TR S&P Midcap | A | Div | None | | Sell | 7/27 | J | B | |
| 63 (x) Keeley Small Cap Value Fund | A | Div | None | | Sell | 7/27 10/18 | J | B | |
| 64 (xi) Vanguard Emerging Market ETF | A | Div | J | T | | | | | |
| 65 (xii) SPDR D.J. Wilshire Int'l Real Estate | A | Div | J | T | | | | | |
| 66 (xiii) Dreyfus Emerging Mkt Debt Fund | A | Div | J | T | Purchase | 10/13 | J | | |
| 67 (xiv) AMEX Consumer SPDR | A | Div. | J | T | Purchase | 7/27 | J | | |
| 68 (xv) Consumer Staples Sector SPDR | A | Div | J | T | Purchase | 7/27 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,000 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F. | 4/15/11 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions. (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g, div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69 AMEX Energy Select SPDR (xvi) | A | Div. | J | T | Purchase | 7/27 | J | | |
| 70 AMEX Financial Select SPDR (xvii) | A | Div | J | T | Purchase | 7/27 | J | | |
| 71 AMEX Health Care SPDR (xviii) | A | Div | J | T | Purchase | 7/27 | J | | |
| 72 AMEX Industrial SPDR (xix) | A | Div | J | T | Purchase | 7/27 | J | | |
| 73 AMEX Technology Select SPDR (xx) | A | Div | J | T | Purchase | 7/27 | J | | |
| 74 AMEX Materials SPDR (xxi) | A | Div. | J | T | Purchase | 7/27 | J | | |
| 75 AMEX Utilities SPDR (xxii) | A | Div | J | T | Purchase | 7/27 | J | | |
| 76 I Shares S&P Midcap 400 Growth (xxiii) | A | Div | J | T | Purchase | 7/27 | J | | |
| 77 I Shares S&P Midcap 400 Value (xxiv) | A | Div. | J | T | Purchase | 7/27 | J | | |
| 78 I Shares TR Small Cap 600 Index (xxv) | A | Div | J | T | Purchase | 10/13 | J | | |
| 79 Diamond Hill Long-Short Fund Cl. I (xxvi) | A | Div | J | T | Purchase | 7/27 | J | | |
| 80 Merger FD SH BEN INT (xxvii) | A | Div | J | T | Purchase | 7/27 | J | | |
| 81 Credit Suisse Commodity Return Strat. Fund (xxviii) | A | Div | J | T | Purchase | 10/13 | J | | |
| 82 (L) Real property in Clifton, AZ (Trustee Unk) | 15. | None | J | W | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERNANDEZ, FERDINAND F | 4/15/11 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Item 57, Epoch U.S. Equity Fund. This was listed as on hand in 4/15/10 report. However, it had been sold on 8/10/09 at a Code A gain. Sale value Code J.

| Name of Person Reporting | Date of Report |
|---|---|
| FELVANOEL, FERDINAND F | 4/15/11 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544